IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Madeo, William A | Case Number: 05 B 07056 |
|---|---|---|
| | Madeo, Andrea A | Judge: Goldgar, A. Benjamin |
| | Printed: 01/22/09 | Filed: 3/1/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 5, 2008
Confirmed: April 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 51,269.60 | |
| Secured: | | 0.00 |
| Unsecured: | | 46,605.29 |
| Priority: | | 0.00 |
| Administrative: | | 1,920.00 |
| Trustee Fee: | | 2,741.47 |
| Other Funds: | | 2.84 |
| Totals: | 51,269.60 | 51,269.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,920.00 | 1,920.00 |
| 2. | World Financial Network Nat'l | Unsecured | 171.86 | 171.86 |
| 3. | American Express Centurion | Unsecured | 160.84 | 160.84 |
| 4. | Discover Financial Services | Unsecured | 8,527.89 | 8,527.89 |
| 5. | American Express Travel Relate | Unsecured | 5,281.80 | 5,281.80 |
| 6. | Premier Bankcard | Unsecured | 537.22 | 537.22 |
| 7. | American Express Centurion | Unsecured | 4,734.55 | 4,734.55 |
| 8. | ECast Settlement Corp | Unsecured | 9,382.70 | 9,382.70 |
| 9. | Premier Bankcard | Unsecured | 369.71 | 369.71 |
| 10. | ECast Settlement Corp | Unsecured | 544.83 | 544.83 |
| 11. | Resurgent Capital Services | Unsecured | 7,274.54 | 7,274.54 |
| 12. | World Financial Network Nat'l | Unsecured | 87.63 | 87.63 |
| 13. | Resurgent Capital Services | Unsecured | 1,466.47 | 1,466.47 |
| 14. | The Soma Institute | Unsecured | 4,543.57 | 4,543.57 |
| 15. | ECast Settlement Corp | Unsecured | 658.38 | 658.38 |
| 16. | ECast Settlement Corp | Unsecured | 1,923.30 | 1,923.30 |
| 17. | Knecht Chiropractic Clinic Pc | Unsecured | 940.00 | 940.00 |
| 18. | Internal Revenue Service | Priority | | No Claim Filed |
| 19. | Cit Group/Consumer Finance/Mortgage | Unsecured | | No Claim Filed |
| 20. | Citibank Mastercard | Unsecured | | No Claim Filed |
| 21. | American Express | Unsecured | | No Claim Filed |
| 22. | Conseco Finance Servicing Corp | Unsecured | | No Claim Filed |
| 23. | Household Bank FSB | Unsecured | | No Claim Filed |
| 24. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 25. | Providian | Unsecured | | No Claim Filed |
| 26. | Knecht Chiropractic Clinic Pc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | |
|---|---|
| Madeo, William A | Case Number: 05 B 07056 |
| Madeo, Andrea A | Judge: Goldgar, A. Benjamin |
| Printed: 01/22/09 | Filed: 3/1/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Professional Account Management | Unsecured | | No Claim Filed |
| 28. | American Express | Unsecured | | No Claim Filed |
| 29. | TCF Bank | Unsecured | | No Claim Filed |
| 30. | Steve Lobacz MD | Unsecured | | No Claim Filed |
| | | | $ 48,525.29 | $ 48,525.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 80.00 |
| 3% | 190.93 |
| 5.5% | 384.36 |
| 5% | 130.10 |
| 4.8% | 252.14 |
| 5.4% | 588.53 |
| 6.5% | 1,115.41 |
| | $ 2,741.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

